AALT VANDENBERG et al., appellants,

and

GARRET DEMAREST, a lunatic, by his guardian, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Demarest* v. *Vandenberg, 12 Stew. Eq. 130.*

*Mr. John W. Griggs,* for appellants.

*Mr. William Prall,* for respondent.

PER CURIAM.

This decree affirmed for the reasons given by the chancellor.

For affirmance—THE CHIEF-JUSTICE, DEPUE, PARKER, REED, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, COLE, WHITAKER—10.

For reversal—DIXON, MAGIE, PATERSON—3.